UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
        Plaintiff,

    -vs-

MIGUEL ANGEL MARTINEZ
        Defendant
                                /

Case No. 17-cr-20126
Hon. Arthur J. Tarnow

## STIPULATED ORDER TO EXTEND DEFENDANT MIGUEL MATINEZ' SELF-SURRENDER DATE

**IT IS HEREBY STIPULATED AND AGREED** by and through the parties herein, through their respective counsel, that the defendant **MIGUEL ANGEL MARTINEZ'S (USM#55411-039)** voluntary surrender date, currently scheduled for **Monday, May 3, 2021 by 12:00 p.m. noon,** to **ELKTON FSL, Elkton, Ohio,** be extended to **Tuesday**, **June 15, 2021, by 12:00 p.m. noon**, for the reasons that the defendant needs additional time to complete medical procedures at the V.A. Hospital and get his personal affairs in order, before beginning his custodial sentence.

/s/ Margaret Smith
Assistant U.S. Attorney

/s/ Henry M. Scharg
Attorney for Defendant

**IT IS SO ORDERED.**

s/Arthur J. Tarnow
Arthur J. Tarnow
U.S. District Judge

Entered: April 11, 2021